UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   21-08991 |
| Dani E Baba | ) | |
| Nancy A Baba | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER TO EXTEND TIME FOR DEBTORS TO FILE CLAIM ON BEHALF OF CREDITOR**

THIS MATTER coming to be heard on the Motion to Extend Time for Debtors to File Claim on behalf of Creditor;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. The time for the Debtors to file an unsecured general nonpriority claim on behalf of The Federal Savings Bank is extended to November 30, 2023 and that the claim shall be allowed as timely, and

2. Nothing in this order shall require trustee to perform collections regarding any prior payments made to creditors.

3. No objection to the motion having been lodged within the time required by Local Rule 9013-1F, any potential objections have been waived, and the motion is therefore granted.

Enter:    *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  November 16, 2023

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600